DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EMGI, LLC,**
Appellant,

v.

**NAOMI BLITZ,**
Appellee.

No. 4D17-952

[May 10, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Janet Carney Croom, Judge; L.T. Case No. 562015CA000106.

Thomas A. Valdez of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, for appellant.

Jonathan Mann and Robin Bresky of the Law Offices of Robin Bresky, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***